

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| LEGACY ESTATES, LLC, | § | |
| Appellant, | § | No. 08-22-00134-CV |
| v. | § | Appeal from the |
| SIGNAL HILL ESTATES HOMEOWNERS ASSOCIATION, INC., SATURN FIVE | § | 98th Judicial District Court |
| SIGNAL HILL, LLC, EVAN LOOMIS; BRETT AMES; DOUG CLARK; GRANT | § | of Travis County, Texas |
| AMES; and SCOTT WALTHER, | § | TC# D-1-GN-20-006436 |
| Appellees. | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellees recover from Appellant and its sureties, if any, *see* TEX.R.APP.P. 43.5, on the judgment and all costs of appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 12TH DAY OF JUNE, 2023.


GINA M. PALAFOX, Justice

Before Rodriguez, C.J., Palafox, and Soto, JJ.